plaintiffs to testify as to the value of the property and to allow certain rebuttal testimony. The judgment of the circuit court is, therefore, affirmed.

DIERINGER and BURMAN, JJ., concur.

THE PEOPLE *ex rel.* ROBERT LEE DOFFORD, Relator-Appellant, *v.* THOMAS ISRAEL, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 60178;

First District (4th Division)—December 20, 1974.

Opinion by Mr. JUSTICE JOHNSON.

Paul Bradley and Eva Weisner, both of State Appellate Defender's Office, of Chicago, for appellant.

No appearance for appellee.